THOMPSON *et al.* v. REED *et al.*

Certiorari: CIRCUIT COURT. The circuit court has not jurisdiction in certiorari cases

*Appeal from the Circuit Court of Madison County.*

FRIDAY, JUNE 17.

*E. Wilkin* for the appellant.

*J. Leonard* for the appellee.

WILLIAMS, J.—The question in this case is, has the circuit court jurisdiction of a suit where the remedy sought is by certiorari. No recital of facts is necessary to precede the decision of the question.

The circuit court is of limited jurisdiction — limited by the act creating the court. If it were not so provided

in the act, the circuit court could not hear appeals from justices of the peace. *Certiorari* is only a mode of redress where the more common remedy by appeal is not provided. Appellate jurisdiction is not conferred by giving a court original jurisdiction in civil actions. *Certiorari* is a "special proceeding." See sections 2606, 2607 of the Revision.

In cases of *ad quod damnum*, and of partition, which are special proceedings, the jurisdiction is specifically conferred upon the circuit court. The writ of *certiorari* is not mentioned. According to the well-known rule of interpretation, jurisdiction is not conferred. See chapter 86, acts of 12th general assembly, and sections 3487 and 3488 of the Revision.

Affirmed.